United States District Court
Northern District of New York

Leon Peters
　　　Plaintiff

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 1-7 2025
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

　　　　　　　　　Second Amended Complaint
　　　　　　　　　9:22-CV-00638-DNH-TWD

County of Ulster, C.O. Hunt, Ulster County Employees
　　　　　Defendant

While detaind at the Ulster County Jail in the County of Ulster My Constitutional First Amendment right was violated by C.O. Hunt and other employees of the County of Ulster which I can only identify by photos

On April 29, 2021 at approximately 3:45 AM the housing officer C.O. Hunt violated My Constitutional First Amendment right by infringing upon My religious practices by not only mishandling My Ramadan Meal that are to be Sealed, blessed and distributed by a Muslim, he also place said Meal on the Stair's as well as not changed his gloves before distributing the meals which is highly unsanitary and unhygienic.

when I brought it to his attention and ask for a different and propper Meal I was yelled at and denie by C.O. Hunt. by denying me my Meal to begin My fast, I was force to fast without food until the sun set, because it was the Month of Ramadan. And on April 2, 2022 The first day of Ramadan I recieve My Meal "Ramadan breakfast" way after the sun rised up and way after I have to stop eating because it's ordain by My religion. Also on April 6, 2022 I was force to fast without food because My breakfast Meal came uncooked and with three big Ant's in it and was witness by two officer C.O. Macdonald and Col. klepeis who was on f-pod when My Ramadan Meal was served and with no time to change it and not knowing what will come from the kitchen next I had to fast with nothing to eat. And on April 22, 2022 C.O Hunt work f-pod the Ramadan meal arrived at 4:04 Am I told C.O. Hunt that I do not eat the food the facility provide because it is not Hallal I was ignored. I ask again to be let out of My cell to prepare My Meal for fast again I was ignored and not let out of My cell early enough to prepare My Meal. therefore I had to fast until the sun set with nothing to eat.

Leon Peters 22B1965

April 14 2025

Peters

**ORLEANS CORRECTIONAL FACILITY**
3531 Gaines Basin Road
Albion, New York 14411-9199

NAME: Leon Peters    DIN: 22R1965

ROCHESTER NY 144
ORLEANS
15 APR 2025 PM 1 L
CORRECTIONAL FACILITY

NEOPOST
04/15/2025
US POSTAGE $000.69

ZIP 14411
041M11280436

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
APR 17 2025
RECEIVED

Clerk U.S. District Court
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367

13261-610100

Legal Mail